```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | |
|---|---|
| JOSE CAMACHO-VILLA and MICHELLE CAMACHO-VILLA,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT WESTERN HOME LOANS, a California Corporation; FIRST AMERICAN TITLE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS], MTDS, INC., a California Corporation DBA MERIDIAN TRUST DEED SERVICE; MERIDIAN FORECLOSURE SERVICE, a California Corporation; INDYMAC MORTGAGE SERVICES, a division of ONEWEST BANK, FBS; and DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action | 3:10-CV-210-ECR-VPC<br><br>MINUTES OF THE COURT<br><br>DATE: July 9, 2010 |

PRESENT:     EDWARD C. REED, JR.                     U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN        Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

On June 10, 2010, Plaintiffs filed a Motion for Leave to File a First Amended Complaint (#22). Defendants have not filed a timely response. The Motion for Leave to File a First Amended Complaint (#22) appears to be well taken.

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiffs' Motion for Leave to File a First Amended Complaint (#22) is **GRANTED**. Plaintiffs shall have fourteen (14) days within which to file the amended complaint.

**IT IS FURTHER ORDERED** that in light of the foregoing order, the following motions are rendered moot and, therefore, are **DENIED** on that basis.

#2, Motion to Remand, filed by Plaintiffs on April 13, 2010,

#8, Motion to Dismiss Complaint, filed by Defendant Indymac Mortgage Services on April 30, 2010, and

#12, Motion to Dismiss Complaint, filed by Defendant Mortgage Electronic Registration System, Inc. on May 3, 2010.

>                              LANCE S. WILSON, CLERK
>
>                              By      /s/
>                                    Deputy Clerk