UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| JOSE CAMACHO-VILLA, et al, | |
| Plaintiff(s), | 3:10-cv-0210-ECR-VPC |
| vs. | |
| | ORDER OF DISMISSAL WITHOUT |
| GREAT WESTERN HOME LOANS, et al, | PREJUDICE PURSUANT TO RULE 4(m) |
| | FEDERAL RULES OF CIVIL |
| | PROCEDURES |
| Defendant(s). | |

Counsel for plaintiffs having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: MTDS, Inc.

DATED this 15th day of November 2011.

*Edward C. Reed.*
EDWARD C. REED
UNITED STATES DISTRICT JUDGE